# United States District Court
## For The Western District of North Carolina
## Statesville Division

RODRICK DAJAUNA DULA,

               Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:03CV86-3-V

UNITED STATES OF AMERICA,

               Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 7, 2006, Order.

               Signed: August 7, 2006

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court